Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MATTHEW CRAIG

CHRISTOPHER R. FREDRICH (SBN 266471)
AKERMAN LLP
Email: christopher.fredrich@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Attorney for Defendant
NAVIENT SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW CRAIG, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, INC., <br><br> Defendant. | **Case No.:** 2:16-cv-01772-TLN-KJN |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiff, MATTHEW CRAIG, and Defendant, NAVIENT SOLUTIONS, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

**[INTENTIONALLY LEFT BLANK]**

1   Dated: January 23, 2016

2

3   RESPECTFULLY SUBMITTED,                    RESPECTFULLY SUBMITTED,

4   By: /s/Michael S. Agruss                   By: /s/Christopher R. Fredrich
    Michael S. Agruss                          Christopher R. Fredrich
5   Attorney for Plaintiff                     Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On January 24, 2017, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: /s/Michael S. Agruss
Michael S. Agruss